Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LORI DENNIS, an individual; LORI DENNIS LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>Jury Trial Demanded |

Plaintiff August Image, LLC, through counsel, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

# PARTIES

4. August is a New York limited liability company with its principal place of business located in New York, NY. August, a full-service rights managed collection, represents an elite group of portrait, lifestyle, beauty, and fashion photographers for editorial and commercial licensing.

5. Upon information and belief, Defendant Lori Dennis is an individual residing in this judicial district with a principal place of business located at 1838 Sawtelle Blvd, Los Angeles, CA 90025.

6. Upon information and belief, Defendant Lori Dennis LLC (collectively with Lori Dennis, the "Dennis Defendants") is a California limited liability company with its principal place of business located at 1838 Sawtelle Blvd, Los Angeles, CA 90025. The Dennis Defendants own, operate, and/or control the commercial website loridennis.com and its related/affiliated websites, subdomains, and mobile applications (altogether, "Defendants' Website").

7. Upon information and belief, Defendants DOES 1-10 are other parties not yet identified who have infringed the asserted copyrights, have contributed to the infringement of the asserted copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual or otherwise, of DOE Defendants are presently unknown to Plaintiff, which therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

8. Upon information and belief, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full

knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

9. August represents two photographers who respectively took and owns the copyrights in two original photographs registered with the U.S. Copyright Office (the "Subject Photographs"). As the exclusive syndicator of the Subject Photographs and the copyrights therein, August is entitled to institute and maintain this action under 17 U.S.C. § 501(b).

10. Following the publication and display of the Subject Photographs, Defendants (and each of them) displayed, reproduced, distributed, and/or otherwise used verbatim copies of the Subject Photographs, in their entireties and for commercial purposes, on Defendants' Website without August's permission (the "Accused Posts"):

| Subject Photographs | Accused Posts |
|---|---|
| AU11444080 | https://www.loridennis.com/greenblog/2022/04/the-hottest-kitchen-inpsirations-that-are-not-all-white/ |

| Subject Photographs | Accused Posts |
|---|---|
| AU1979027 | https://www.loridennis.com/greenblog/2022/01/quick-tips-for-non-toxic-cleaning-in-the-kitchen/ |

11. Defendants, and each of them, had access to the Subject Photographs, including through Plaintiff's website, August's photographers' websites, an authorized licensee of Plaintiff's, an Internet search engine, or a third-party website; and/or because the Accused Posts are verbatim copies of, and thus strikingly similar to, the Subject Photographs.

12. Defendants, and each of them, stored, copied, displayed, reproduced, distributed, and/or otherwise used the Subject Photographs on Defendants' Website for commercial purposes without August's permission.

13. Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

14. Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. This entitles Plaintiff to disgorgement of Defendants' profits attributable to Defendants' infringement in an amount to be established at trial.

15. Upon information and belief, Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of, or in reckless disregard or willful blindness for, Plaintiff's rights, such that said acts of copyright infringement were willful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

a. That Plaintiff be awarded Defendants' profits, plus Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

b. That Plaintiff be awarded its fees under 17 U.S.C. § 505;

c. That Plaintiff be awarded its recoverable costs in this action;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded such further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: April 30, 2024                    DONIGER / BURROUGHS

                                                    By:    */s/ Stephen M. Doniger*
                                                          Stephen M. Doniger, Esq.
                                                          Benjamin F. Tookey, Esq.
                                                          Attorneys for Plaintiff